STATE, Respondent, v. STEINEK, Appellant.

(221 N. W. 55.)

(File No. 6407.   Opinion filed September 22, 1928.)

*Harold Gunvordahl,* of Burke, and *Geo. A. Buffington,* of Dallas, for Appellant.

PER CURIAM.   In the above cause an appeal is sought to be taken from a judgment of the circuit court rendered on the 19th of April, 1926.   Certified copy of the notice of appeal was filed in this court on December 10, 1926, and the original notice of appeal has not been filed.   There has been no extension of time, and no brief has been filed by appellant.

Therefore, pursuant to rule 5 of this court, the appeal must be deemed abandoned, and the judgment appealed from is affirmed.